

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00121-CR

---

**DARRELL DEWEESE MCCRAY, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 227th District Court
Bexar County, Texas[1]
Trial Court No. 2021CR10479, Honorable Christine Del Prado, Presiding

---

June 5, 2023

## MEMORANDUM OPINION

### Before PARKER and DOSS and YARBROUGH, JJ.

Pursuant to a plea bargain agreement, Appellant, Darrell DeWeese McCray, was convicted of possession of a controlled substance[2] and sentenced to three years' confinement. The trial court's certification of Appellant's right of appeal reflects that this is a plea bargain case from which Appellant has no right of appeal. The certification

---

[1] Originally appealed to the Fourth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

[2] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112(d).

comports with the record before the Court.  Notwithstanding the certification, Appellant filed a notice of appeal challenging his conviction.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record."  By letter of May 11, 2023, we notified Appellant of the consequences of the trial court's certification and directed him to file a response demonstrating grounds for continuing the appeal by May 22.  To date, Appellant has not filed a response or had any further communication with this Court.

Accordingly, we dismiss the appeal based on the trial court's certification.  *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.

2